UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

July 28, 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| Securities and Exchange Commission, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-08-2351 |
| | § | |
| Robert L. Sonfield, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

1. On the agreement of these parties:

   A. Without admitting or denying the allegations of the Securities and Exchange Commission, the Commission takes a civil penalty of $6,500.00 from Robert L. Sonfield.

   B. Having been advised of a settlement agreement, the claims against Donald C. Bradley are dismissed with prejudice.

   C. Having been advised of a settlement agreement, the claims against Jeffrey W. Bradley are dismissed with prejudice.

   D. Without admitting or denying the allegations of the Securities and Exchange Commission, the Commission takes a civil penalty of $25,000.00 from Jason Landess, payable $5,00.00 within 14 days, $10,000 within one year , and $10,000.00 within two years from the entry of this judgment.

   E. The Commission takes nothing from Alexanderia K. Blankenship.

2. On defualt:

    A. Roger Brewer:

        (1) is enjoined from participating in the offering of penny stock because of his admitted manipulation of that stock;

        (2) is liable, jointly and severally, with March Lane, for disgorgement of $2,761,953.01 and prejudgment interest of $3, 643, 648.17; and

        (3) owes the Commission a penalty of $100,000.00.

    B. Marc Lane:

        (1) is enjoined from participating in the offering of penny stock because of his admitted manipulation of that stock;

        (2) is liable, jointly and severally, with Roger Brewer, for disgorgement of $2,761,953.01 and prejudgment interest of $3, 643, 648.17; and

        (3) owes the Commission a penalty of $100,000.00.

3. The court retains jurisdiction to enforce this judgment and all settlements.

Signed on July 28, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge

- 2 -